

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| The Estate of Joel Soto by and through its Independent Administrator Maribel Amador and Maribel Amador, Individually and Ivan Soto, Joel Soto, Jr. and Paulina Soto, all individually, by and through their Next Friend, Maribel Amador, | § | No. 08-18-00007-CV |
| | § | Appeal from the |
| | § | 205th District Court |
| | § | of Hudspeth County, Texas |
| Appellant, | § | (TC# CV-04423-205) |
| v. | § | |
| Baudelio Gonzalez Mireles, | § | |
| Appellee. | § | |
| | § | |

# **O R D E R**

Pending before the Court is Appellants' Amended TRAP 20.1 Motion for Waiver of Payment of Costs. The motion is DENIED.

IT IS SO ORDERED this 20th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.